IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IFTIKHAR AHMED MEMON,

JUDGMENT IN A CIVIL CASE

Plaintiff,

17-cv-189-jdp

v.

UNIVERSITY OF WISCONSIN EXTENSION,

Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant University of Wisconsin Extension dismissing this case.

| /s/ | 8/14/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |